FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2014 JUL -1  A 10: 36

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Docket No. 1:14-mj-337 |
| v. | ) |
| | ) Initial Appearance: July 7, 2014 |
| SCOTT J. POWELL | ) |

CRIMINAL INFORMATION
Misdemeanor - 3884064

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 21, 2014, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SCOTT J. POWELL, did unlawfully, knowingly and intentionally possess a mixture or substance containing a detectable amount of 1-pentyl-3-(1- naphthoyl)indole (JWH-018), 1-butyl-3-(1- naphthoyl)indole (JWH-073), 1- [2-(4-morpholinyl)ethyl]-3-(1-naphthoyl)indole (JWH-200), 5-(1,1- dimethylheptyl)-2-[(1R,3S)-3-hydroxycyclohexyl]-phenol (CP-47,497), or 5-(1,1-dimethyloctyl)-2-[(1R,3S)-3-hydroxycyclohexyl]-phenol (cannabicyclohexanol; CP-47,497 C8 homologue), commonly known as "K2" or "Spice", a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844).

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
James S. Kim
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 805-4390
james.s.kim22.mil@mail.mil

Fort Belvoir, VA
Date: June 25, 2014

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2014, I mailed, postage prepaid, a true and accurate copy of the Criminal Information herein filed to SCOTT J. POWELL at his address of record.

*[signature]*
KAREN L. SHANER
Administrative Assistant
Staff Judge Advocate Office